No. 82–286. OREGON DEPARTMENT OF REVENUE *v.* PACIFIC FIRST FEDERAL SAVINGS & LOAN ASSN. Sup. Ct.

Ore. Certiorari denied.